UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAT HAO PHAN,<br><br>                        Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center, et al.,<br><br>                        Respondents. | Case No.: 26-CV-511 JLS (AHG)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 1) |

     Presently before the Court is Nhat Hao Phan's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). On February 19, 2026, Petitioner filed a Traverse ("Traverse," ECF No. 5) indicating that the Immigration Judge presiding over his February 12, 2026, individual hearing ordered Petitioner removed. Traverse at 1. Despite being asked "several times" by the Court and his counsel, Petitioner did not reserve his right to appeal. *Id.* Petitioner now requests that the Court dismiss his Petition without prejudice. *Id.*

/ / /

/ / /

/ / /

/ / /

1       Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the Petition.  As
2 this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.
3       **IT IS SO ORDERED.**
4 Dated:  February 23, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge